NOV 7 2022 PM 2:34
FILED-USDC-CT-New Haven

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
(Richard C. Lee United States Courthouse, 141 Church Street, New Haven, Connecticut 06510)

| | |
|---|---|
| Ronald Satish Emrit, <br> Plaintiff (Pro Se) <br><br> v. <br><br> Yale University, <br> (Order of Skull and Bones) <br> Defendant | C. A. No.: 3:22-cv-01422 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the defendant Russell Trust Association or "Order of Skull and Bones" for the intentional infliction of emotional distress and Civil Rights violations in addition to an injunction as an equitable remedy. In bringing forth this complaint, the plaintiff states, avers, and alleges the following:

### I.) NATURE OF THE CASE

1.) Because the United States is an a new era of "Black Lives Matter", the plaintiff believes it is important for the country to prevent white supremacists from running for president in the future which is a good public policy objective.

Footnote A: The plaintiff describes himself as a zealous advocate on behalf of his own Civil Rights rather than a vexatious litigant.

2.) Accordingly, the plaintiff alleges that the Russell Trust Association and/or "Order of Skull and Bones" is a white supremacist organization in which two presidents were part of that fraternity or secret society, i.e. Presidents George H.W. Bush and George W. Bush.

## II.) PARTIES TO THIS LITIGATION

1.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida. His current mailing address is 6655 38th Lane East, Sarasota, FL 34243. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com. The plaintiff is filing this cause of action in the U.S. District Courts of Connecticut because the Russell Trust Association or "The Order of Skull and Bones" has a charter at Yale University.

2.) The defendant is the Russell Trust Association also known as "The Order of Skull and Bones." An address for this secret fraternity can not be provided at this time which is why service of process through publication in a Connecticut newspaper or at Yale University would be appropriate (Form UMS 285)

## III.) JURISDICTION AND VENUE

3.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"
4.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.
5.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Connecticut (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and

the sole defendant.

6.) As an Article III court, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

7.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

8.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

9.) Because the amount in controversy exceeds $75,000 (i.e. $80,000 is greater than $75.000), this court also has jurisdiction with regards to that particular issue.

## IV.) STATEMENT OF FACTS

10.) The Russell Trust Association is the professional name for the fraternal organization and/or secret society commonly known as "The Order of Skull and Bones."
11.) The Russell Trust Association and/or "Order of Skull and Bones" has a charter at Yale University as one of the oldest fraternities and/or secret societies at Yale University.
12.) The most popular members of "The Order of Skull and Bones" are former presidents George H.W. Bush, George W. Bush, and Secretary of State John Kerry.
13.) It is well-known amongst the political and legal community that the Russell Trust Association and/or "Order of Skull and Bones" believes that only white men are fit to govern regardless of whether or not they currently allow minorities and/or women to join this exclusive organization.
14.) The plaintiff believes that the defendant Russell Trust Association conspired to "steal the election" from Vice President Al Gore in the ear 2000 given that George W. Bush's brother Jeb Bush was the governor of Florida and controlled the election in Florida.

15.) Because the plaintiff was racially-profiled during as Arabic/Muslim during the administration of George W. Bush, the plaintiff believes that the Russell Trust Association is vicariously liable for the emotional distress experienced by the plaintiff affiliated with racial profiling and Civil Rights violations.

## V.) COUNT ONE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

16.) The plaintiff argues that George Bush's administration committed the intentional infliction of emotional distress (IIED) by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

17.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## VI.) COUNT TWO: INVASION OF PRIVACY THROUGH INTRUSION UPON SECLUSION

18.) The plaintiff argues that George Bush's administration committed the invasion of privacy through intrusion upon seclusion by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

19.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## VII.) COUNT THREE: INVASION OF PRIVACY THROUGH MISAPPROPRIATION

20.) The plaintiff argues that George Bush's administration committed the invasion of privacy through misappropriation by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

21.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## VIII.) COUNT FOUR: INVASION OF PRIVACY THROUGH FALSE LIGHT

22.) The plaintiff argues that George Bush's administration committed the invasion of privacy through false light by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

23.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## IX.) COUNT FIVE: NEGLIGENCE

24.) The plaintiff argues that George Bush's administration committed negligence by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

25.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## X.) COUNT SIX: THE WRONGFUL INSTITUTION OF LEGAL PROCEEDINGS/MALICIOUS PROSECUTION

26.) The plaintiff argues that George Bush's administration committed the wrongful institution of legal proceedings and/or malicious prosecution by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

27.) According to the laws of agency and partnership, the plaintiff argues that the Russell Trust Association and/or Order of Skull and Bones should be held vicariously liable for the racist actions of George W. Bush by essentially enable George Bush to become a racist megalomaniac and narcissist whose racism towards people of color is similar to Nero's racism towards Christians and/or Adolf Hitler's racism towards Jews, i.e. Sephardic Jews, Ashkenazi Jews, Hasidic Judaism, etc..

## XIV.) PRAYER FOR RELIEF

WHEREFORE, it is absolutely essential that the plaintiff communicate to the court in the present case at bar that he is first and foremost seeking an injunction as an equitable remedy that future presidents be enjoined and/or precluded from having any membership in a white supremacists organization such as the Russell Trust Association and/or Order of Skull and Bones. Nevertheless, this remedy at law would be appropriate considering the fact that the sole defendant Russell Trust Association and/or Order of Skull and Bones has committed the wrongful institution of legal proceedings/malicious prosecution, gross negligence, the intentional infliction of emotional distress (IIED), and invasion of privacy through "intrusion upon seclusion" and "false light." Moreover, the sole defendant Russell Trust Association has committed a violation of the following "black-letter law" provisions of federal law: 42 U.S.C. Section 1983, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act of 1990 (ADA). Furthermore, the sole defendant Russell Trust Association acting on behalf of the executive branch of the federal government and its previous directors including the Director of National Intelligence (DNI)) has violated the Equal Protection Clause and Due Process Clause of the Fifth and Fourteenth Amendments to the U.S Constitution in addition to having violated the Privileges and Immunities Clause of Article IV, Section 2, Clause 1 of the U.S. Constitution, the Fourth Amendment rights to a "reasonable expectation of privacy" (see *Katz v. United States*, supra) and perhaps invoking a broad assertion and interpretation of the Eighth Amendment right to be

free from cruel and unusual punishment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The remedy at law in the form of a judgment in the amount of $80,000 (eighty thousand dollars) would also be appropriately considered to be punitive, compensatory, treble, actual, presumed, and special damages for the defendants' commission of the wrongful institution of legal proceedings/malicious prosecution, negligence (or negligence per se) in addition to a violation of the following "black-letter law" provisions of federal law: 42 U.S.C. Section 1983, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act of 1990 (ADA).

B.) The remedy at law in the form of a judgment in the amount of $80,000 would also be considered appropriate given that it has been proved that the sole defendant Russell Trust Association has violated the plaintiff's rights with regards to the Equal Protection Clause and Due Process Clause (inherent from the Fifth and Fourteenth Amendments) and the Privileges and Immunities Clause (of Article IV, Section 2, Clause 1) in addition to the Fourth Amendment right to a reasonable expectation of privacy and perhaps the Eighth Amendment right to be free from cruel and unusual punishment.

C.) The plaintiff is also requesting the equitable remedy of an injunction or specific performance mandating that future presidents be precluded and/or enjoined from having any membership in white supremacist organizations such as Russell Trust

Association and/or Order of Skull and Bones which is no different from The Proud Boys, Oath Keepers, QAnon.

D.) To reiterate, the arguments centered around the defendant Russell Trust Association involve the doctrine of respondeat superior and/or vicariously liable in which the defendant has enabled the Bush Administration to commit tortious acts and violations of Civil Rights for many people of color including black people from New Orleans during Hurricane Katrina (wrongful death resulting from negligence of FEMA under Homeland Security)

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com